AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
|  | (For **Revocation** of Probation or Supervised Release) |
| v. |  |
| CHRISTOPHER C. STURSBERG | Case Number: 8:02-CR-19-T-27EAJ |
|  | USM Number: 40108-018 |
|  | Howard Anderson AFPD |
|  | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1 through 4__ of the Petition.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Failure to reside in a Residential Re-entry Center | November 5, 2007 |
| 2 | Positive urinalysis, cocaine | March 29, 2007 |
| 3 | Consumption of alcohol | November 2, 2007 |
| 4 | Positive urinalysis, marijuana | November 6, 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: February 21, 2008

_____
JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

DATE: February 22nd, 2008

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

DEFENDANT: CHRISTOPHER C. STURSBERG
CASE NUMBER: 8:02-CR-19-T-27EAJ

Judgment - Page  2  of  2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: **FIVE (5) MONTHS. The defendant shall be given credit for time served**.

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.   p.m.   on _____.

    ____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL